IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:04CR372 |
| ) | |
| STANISLAUS ODOH, ) | **SCHEDULING ORDER** |
| ) | |
| Defendant. ) | |

    IT IS ORDERED that the following is set for hearing on **June 30, 2005** at **10:15 a.m.** before Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Arraignment on Superseding Indictment

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 24th day of June, 2005.

                                            BY THE COURT:

                                            s/Thomas D. Thalken
                                            United States Magistrate Judge