IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 8:04CR372 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| STANISLAUS ODOH, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 26th day of October, 2005, this matter comes on before the Court upon the parties Consent Motion to Release Evidence and <u>Memorandum</u> Brief (Filing No 39). The Court reviews the file and the Motion, and, being duly advised on the premises, finds good cause to sustain the Consent Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. The Plaintiff's Consent Motion to Release Evidence is hereby sustained.

2. The Court shall release exhibit nos. 1 and 3 from the Motion to Suppress hearing held on August 11, 2005, in order for counsel to make copies to prepare for trial.

3. The Plaintiff, United States of America, shall return the originals to the Court's custody as soon as the copies are made.

**IT IS SO ORDERED.**

BY THE COURT:

s/F. A. GOSSETT
**United States Magistrate Judge**