IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                        )<br>            Plaintiff,              )<br>                                                        )<br>    v.                                              )<br>                                                        )<br> STANISLAUS ODOH,                )<br>                                                        )<br>            Defendant.          )<br>_____) | 8:04CR372<br><br><br>REASSIGNMENT ORDER |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned from District Judge Laurie Smith Camp to District Judge Joseph F. Bataillon for all dispositive matters.

DATED this 1st day of December, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE