IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR372 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| STANISLAUS ODOH, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the 7th day of December, 2005, on the

Motion of the Defendant for an order to seal document.  (Filing No. 56)

The Court, being fully advised in the premises, finds that the Motion should be

granted.

IT IS THEREFORE ORDERED that the document named in Defendant's Motion to

File Document Under Seal shall be filed under seal.

BY THE COURT:


Date:  December 7, 2005          s/ Joseph F. Bataillon
                                 U.S. DISTRICT COURT JUDGE