IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAUS ODOH,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:04CR372<br><br>**ORDER** |

THIS MATTER came before the Court on the 16th day of December, 2005, on the Motion of the Defendant to provide expenses for the Defendant pursuant to 18 U.S.C. § 4282 for his return to Chicago, Illinois, and to provide subsistence as needed until his arrival in Chicago.  The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that:

1. The U.S. Marshal provide transportation and subsistence for Stanislaus Odoh to return to Chicago, Illinois.

Dated this 16th day of December, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court Judge