IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR372 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STANISLAUS ODOH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER FOR DISMISSAL**

Pursuant to Fed. R. Crim. P. 29(a) this case is dismissed with prejudice. The defendant is ordered released from custody.

DATED this 16th day of December, 2005.

s/ Joseph F. Bataillion
United States District Court Judge