IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR372 |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| STANISLAUS ODOH, | ) ) | |
| Defendant. | ) | |

On the 9th day of December, 2005, on the Motion of the Defendant to provide extraordinary expenses for the Defense witness Tom Havens to appear at trial, the Court ordered the U.S. Marshal to pay such expenses (Filing No. 61). Filing 58 detailed the necessities of Mr. Havens' expenses, including but not limited to, expenses for his hired hand and storing his truck and trailer in Florida while he attended trial in Omaha, NE, under subpoena.

The per diem rate allowed by the U.S. Marshal per night in Ft. Lauderdale, where Mr. Havens' hired hand stayed and stored the truck and trailer, is $106.00. Due to short notice, Mr. Havens' costs were $149.00 per night. Mr. Havens presented his receipt for his costs when he arrived in Omaha, so he is currently at a deficit of $86.00.

The Court, being fully advised in the premises, finds that the Motion previously granted includes the full cost to Mr. Havens in Ft. Lauderdale, $149.00 per night.

IT IS THEREFORE ORDERED that the U.S. Marshal will reimburse Mr. Tom Havens the additional amount of $86.00 for this particular cost.

BY THE COURT:

Date: December 20, 2005         s/ Joseph F. Bataillon
                                 U.S. District Court Judge